UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. |
| v. | : | |
| | : | Crim. No. 21-724 (SDW) |
| JANEL BLACKMAN | : | FED. R. CRIM. P. 12.4 |
| | : | DISCLOSURE STATEMENT |

    Pursuant to Fed. R. Crim. P. 12.4, the Acting United States Attorney for the District of New Jersey files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-referenced matter. This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose. The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information.

**Name of Organizational Victim:** Wells Fargo & Company
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

**Name of Organizational Victim:** JP Morgan Chase & Co.
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

**Name of Organizational Victim:** Atlantic Federal Credit Union
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

**Name of Organizational Victim:** TD Bank, N.A.
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

**Name of Organizational Victim:** Santander Bank, N.A,
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

**Name of Organizational Victim:** U.S. Bancorp
**Parent Company:** N/A
**Publicly Held Company(ies) Owning 10% or More of the Organizational Victim's Stock:** N/A

        Very truly yours,

        Rachael A. Honig
        Acting United States Attorney

Date: August 12, 2021        By:   <u>/s Jonathan Fayer</u>
        Jonathan Fayer
        Elaine K. Lou
        Assistant U.S. Attorneys